MCNEAL, APPELLANT, *v.* MORRIS ET AL., APPELLEES;
CITY OF BLUE ASH, APPELLANT.

[Cite as *McNeal v. Morris,* 122 Ohio St.3d 349, 2009-Ohio-3717.]

(No. 2008–1154—Submitted May 19, 2009—Decided August 4, 2009.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Sullivan v. Anderson Twp.,* 122 Ohio St.3d 83, 2009-Ohio-1971, 909 N.E.2d 88, and the cause is remanded for consideration of appellants' assignment of error.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent.

Subashi, Wildermuth & Dinkler and Nicholas E. Subashi, for appellants.